[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12846
Non-Argument Calendar

_____

D.C. Docket No. 1:11-cr-00194-KD-B-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DIANNE MARIE PETTWAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(September 10, 2013)

Before DUBINA, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Frederick G. Helmsing, Jr., appointed counsel for Dianne Marie Pettway, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pettway's conviction and sentence are **AFFIRMED**.